O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALBERT J. BECKLEY, JR., | ) | Case No. CV 11-08855-FMO (OP) |
|---|---|---|
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| KELLY HARRINGTON, Warden, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

///

///

///

1 IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2 Recommendation; and (2) directing that Judgment be entered denying the Petition and
3 dismissing this action with prejudice.

6 DATED: February 19, 2013            /s/
                                      HONORABLE FERNANDO M. OLGUIN
7                                     United States District Judge

9 Prepared by:

12 _____
   HONORABLE OSWALD PARADA
13 United States Magistrate Judge

2