JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALBERT J. BECKLEY, JR.,                    )          Case No. CV 11-08855-FMO  (OP)
                                           )
                                           )          J U D G M E N T
                    Petitioner,            )
           v.                              )
                                           )
                                           )
KELLY HARRINGTON, Warden,                  )
                                           )
                                           )
                    Respondent.            )
                                           )

     Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 19, 2013                   /s/
                                           HONORABLE FERNANDO M. OLGUIN
                                           United States District Judge

Prepared by:


HONORABLE OSWALD PARADA
United States Magistrate Judge